FORM 8. Entry of Appearance

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

_____ v. _____

No. _____

# ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

_____ Pro Se    _____ As counsel for: _____
                                       Name of party

I am, or the party I represent is (select one):

_____ Petitioner   _____ Respondent   _____ Amicus curiae   _____ Cross Appellant

_____ Appellant    _____ Appellee     _____ Intervenor

As amicus curiae or intervenor, this party supports (select one):

_____ Petitioner or appellant    _____ Respondent or appellee

My address and telephone are:

Name: _____
Law firm: _____
Address: _____
City, State and ZIP: _____
Telephone: _____
Fax #: _____
E-mail address: _____

Statement to be completed by counsel only (select one):

_____ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

_____ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

_____ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): _____

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

_____ Yes    _____ No

_____ A courtroom accessible to the handicapped is required if oral argument is scheduled.

 10/10/2013                                /s/ David R. Anderson
    Date                                  Signature of pro se or counsel

cc: _____

CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of October 2013, a true and correct copy of foregoing to be electronically filed with the Clerk via the Court's CM/ECF system and thereby electronically served on the following:

Bryan Scott Banks
Perkins Coie LLP
2901 N. Central Avenue, Suite 2000
Phoenix, AZ  85012

Jeff Richardson
Robert Greeson
Fulbright & Jaworski
2200 Ross Ave., Suite 2800
Dallas, TX  75201

/s/ David R. Anderson
David R. Anderson