2014–1006

──────────────────────────

**UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**
──────────────────────────

SOUND DESIGN TECHNOLOGIES LIMITED,

*Plaintiff-Appellee*,

v.

OTICON INCORPORATED,

*Defendant-Appellant,*

SEBOTEK HEARING SYSTEMS LLC,

*Defendant-Appellee,*

GENNUM CORPORATION,

*Defendant*

──────────────────────────

Appeal from the United States District Court for the District of Arizona
in case no. 11-CV-1375-PHX; Judge Susan R. Bolton
──────────────────────────

**APPELLEES SOUND DESIGN TECHNOLOGIES LIMITED
AND SEBOTEK HEARING SYSTEMS LLC'S
UNOPPOSED MOTION FOR A 30-DAY EXTENSION
OF TIME TO FILE THEIR RESPONSE BRIEFS**

Michael A. Oblon
PERKINS COIE LLP
700 13th Street NW, Suite 600
Washington, D.C. 20005
Phone: (202) 434-1607
E-mail: MOblon@perkinscoie.com

Dan L. Bagatell
Bryan S. Banks
PERKINS COIE LLP
2901 North Central Avenue, Suite 2000
Phoenix, Arizona 85012–2788
Phone: (602) 351–8096
E-mail: DBagatell@perkinscoie.com
BBanks@perkinscoie.com

*Counsel for Appellee Sound Design Technologies Ltd.*

February 14, 2014

Pursuant to Federal Rules of Appellate Procedure 26(b) and 27, appellees Sound Design Technologies Limited and Sebotek Hearing Systems LLC move for a 30-day extension of time in which to file a brief in response to Appellant's opening brief.

Appellees have good cause for this extension because of upcoming commitments on other matters between now and the current due date, which had been set based upon two extensions that had been granted for filing Appellant's opening brief.

The parties have not sought any previous extensions in this case. The briefs are now due by February 27, 2014. If the extension is granted, the briefs would be due by March 31, 2014. Appellant Oticon Incorporated has consented to this motion.

Respectfully submitted,

| | |
|---|---|
| PERKINS COIE LLP | Fulbright & Jaworski LLP |
| By /s/Michael A. Oblon<br>Michael A. Oblon<br>Dan L. Bagatell<br>Bryan S. Banks<br>*Counsel for Appellee*<br>*Sound Design Technologies Ltd.* | By /s/Jeffery Richardson<br>Jeffery Richardson<br>*Counsel for Appellee Sebotek*<br>*Hearing Systems LLC* |

## Certificate of Interest

Counsel for plaintiff-appellee Sound Design Technologies Ltd. certifies that:

The full name of the party represented by me is:

Sound Design Technologies Ltd.

The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

n/a

The names of all parent corporations and any publicly held companies that own 10 percent or more of the stock of the party represented by me are:

ON Semiconductor Canada Holding Corporation owns 100% of Sound Design Technologies Ltd. and in turn is 100% owned by Semiconductor Components Industries, LLC.

The names of all law firms and lawyers that appeared for the party represented by me in the trial court or are expected to appear in this Court are:.

Perkins Coie LLP

   Dan L. Bagatell  Bryan S. Banks  Michael A. Oblon

Floyd & Buss LLP

   Kent J. Cooper  Adam Floyd  Matt Wermager

February 14, 2014       By  /s/Michael A. Oblon
                Michael A. Oblon
                Counsel for Appellee

## Certificate of Interest

Counsel for defendant-appellee Sebotek Hearing Systems LLC certifies that:

The full name of the party represented by me is:

Sebotek Hearing Systems LLC

The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

n/a

The names of all parent corporations and any publicly held companies that own 10 percent or more of the stock of the party represented by me are:

J&M Sound Technology, LLC is the parent corporation for SeboTek Hearing Systems, LLC.  No publically held corporation owns 10% or more of the stock of SeboTek Hearing Systems, LLC.

The names of all law firms and lawyers that appeared for the party represented by me in the trial court or are expected to appear in this Court are:

<u>Fulbright & Jaworski LLP</u>

Jonathan S. Franklin, J. Jeffery Richardson and Robert Greeson

February 14, 2014                    By  /s/Jeffery Richardson
                                          Jeffery Richardson

## CERTIFICATE OF SERVICE

I certify that the foregoing document was served on the following counsel for the other parties to this appeal via the Court's CM/ECF system:

D. Richard Anderson
Michael B. Marion
BIRCH STEWART KOLASCH & BIRCH LLP
8110 Gatehouse Road, Suite 100 E
Falls Church, VA 22040-0747
dra@bskb.com
mbm@bskb.com

*Attorneys for Oticon, Inc.*

Jonathan S. Franklin
FULBRIGHT & JAWORSKI LLP
801 Pennsylvania Avenue, N.W.
Washington, DC 20004
Jonathan.franklin@nortonrosefulbright.com

J. Jeffrey Richardson
FULBRIGHT & JAWORSKI LLP
2200 Ross Avenue, Suite 2800
Dallas, TX 75201
jrichardson@fulbright.com

*Attorneys for Sebotek Hearing Systems LLC*


Dated:  February 14, 2014           /s/Marie van Olffen
71058-0023/LEGAL29380303.1