NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**SOUND DESIGN TECHNOLOGIES, LIMITED,**
*Plaintiff-Appellee,*

v.

**OTICON INCORPORATED,**
*Defendant-Appellant,*

v.

**SEBOTEK HEARING SYSTEMS LLC,**
*Defendant-Appellee,*

AND

**GENNUM CORPORATION,**
*Defendant.*

2014-1006

Appeals from the United States District Court for the District of Arizona in No. 2:11-CV-01375-SRB and No. 2:11-CV-01874-SRB, Judge Susan R. Bolton.

**ON MOTION**

Before MOORE, *Circuit Judge.*

## ORDER

Oticon Inc. moves to stay proceedings in this appeal until the United States District Court for the District of Arizona rules on two pending motions for attorneys' fees. Sound Design Technologies, Ltd. and SeboTek Hearing Systems LLC oppose the motion.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is denied.

(2) The revised official caption has been reflected above.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s30