NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SOUND DESIGN TECHNOLOGIES LIMITED,**
*Plaintiff - Appellee*

v.

**OTICON INCORPORATED,**
*Defendant - Appellant*

**SEBOTEK HEARING SYSTEMS LLC,**
*Defendant - Appellee*

**GENNUM CORPORATION,**
*Defendant*

---

14-1006

---

Appeal from the United States District Court for the District of Arizona in case no. 2:11-cv-01375-SRB, 2:11-cv-01874-SRB United States District Judge Susan R. Bolton

---

ON MOTION

O R D E R

Upon consideration of the Appellee, Sound Design Technologies Limited, and Appellee, Sebotek Hearing Systems LLC unopposed motion to extend time to file the principal brief until March 31, 2014,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

February 18, 2014            /s/ Daniel E. O'Toole
                             Daniel E. O'Toole
                             Clerk of Court


cc: David R. Anderson
Dan L. Bagatell
Bryan Scott Banks
Jonathan S. Franklin
Michael Benjamin Marion
Michael A. Oblon
J Jeffrey Richardson
J. Jeffrey Richardson