2014–1006
―――――――――

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
―――――――――

SOUND DESIGN TECHNOLOGIES LIMITED,

*Plaintiff-Appellee,*

v.

OTICON INCORPORATED,

*Defendant-Appellant,*

SEBOTEK HEARING SYSTEMS LLC,

*Defendant-Appellee,*

GENNUM CORPORATION,

*Defendant*

―――――――――

Appeal from the United States District Court for the District of Arizona
in case no. 11-CV-1375-PHX; Judge Susan R. Bolton

―――――――――

### APPELLEES SOUND DESIGN TECHNOLOGIES LIMITED AND SEBOTEK HEARING SYSTEMS LLC'S UNOPPOSED MOTION FOR A 14-DAY EXTENSION OF TIME TO FILE THEIR RESPONSE BRIEFS

Michael A. Oblon
PERKINS COIE LLP
700 13th Street NW, Suite 600
Washington, D.C. 20005
Phone: (202) 434-1607
E-mail: MOblon@perkinscoie.com

Dan L. Bagatell
Bryan S. Banks
PERKINS COIE LLP
2901 North Central Avenue, Suite 2000
Phoenix, Arizona 85012–2788
Phone: (602) 351-8096
E-mail: DBagatell@perkinscoie.com
        BBanks@perkinscoie.com

*Counsel for Appellee Sound Design Technologies Ltd.*

March 14, 2014

Pursuant to Federal Rules of Appellate Procedure 26(b) and 27, Appellees Sound Design Technologies Limited and SeboTek Hearing Systems, LLC move for a 14-day extension of time to file their briefs in response to Appellant's opening brief. If this extension is granted, Appellees' briefs, currently due on March 31, 2014, would be due on April 14, 2014.

Appellees have good cause for this extension because of significant commitments in other cases. One of the attorneys working on this appeal has just concluded a trial in the Eastern District of Texas. Another attorney on the appeal is counsel in an Eastern District of Virginia case in which the court recently lifted a 7-week stay, but kept the original deadlines in place for the close of fact and expert discovery. A 14-day extension will enable Appellees to complete their briefs and fulfill their obligations to other courts and matters.

This is Appellees' second request for an extension as they previously were granted an extension of 30 days. Appellant Oticon Incorporated has consented to this motion.

Respectfully submitted,

| PERKINS COIE LLP | Fulbright & Jaworski LLP |
|---|---|
| By /s/Michael A. Oblon<br>Michael A. Oblon<br>Dan L. Bagatell<br>Bryan S. Banks<br>*Counsel for Appellee*<br>*Sound Design Technologies Ltd.* | By /s/Jeffery Richardson<br>Jeffery Richardson<br>*Counsel for Appellee*<br>*SeboTek Hearing Systems, LLC* |

## Certificate of Interest

Counsel for plaintiff-appellee Sound Design Technologies Ltd. certifies that:

The full name of the party represented by me is:

Sound Design Technologies Ltd.

The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

n/a

The names of all parent corporations and any publicly held companies that own 10 percent or more of the stock of the party represented by me are:

ON Semiconductor Canada Holding Corporation owns 100% of Sound Design Technologies Ltd. and in turn is 100% owned by Semiconductor Components Industries, LLC.

The names of all law firms and lawyers that appeared for the party represented by me in the trial court or are expected to appear in this Court are:.

<u>Perkins Coie LLP</u>

    Dan L. Bagatell    Bryan S. Banks    Michael A. Oblon

<u>Floyd & Buss LLP</u>

    Kent J. Cooper    Adam Floyd    Matt Wermager

March 14, 2014      By  <u>/s/Michael A. Oblon</u>
    Michael A. Oblon
    *Counsel for Appellee*

## Certificate of Interest

Counsel for defendant-appellee SeboTek Hearing Systems, LLC certifies that:

The full name of the party represented by me is:

SeboTek Hearing Systems, LLC

The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

n/a

The names of all parent corporations and any publicly held companies that own 10 percent or more of the stock of the party represented by me are:

J&M Sound Technology, LLC is the parent corporation for SeboTek Hearing Systems, LLC. No publically held corporation owns 10% or more of the stock of SeboTek Hearing Systems, LLC.

The names of all law firms and lawyers that appeared for the party represented by me in the trial court or are expected to appear in this Court are:

<u>Fulbright & Jaworski LLP</u>

Jonathan S. Franklin, J. Jeffery Richardson and Robert Greeson

March 14, 2014          By  /s/Jeffery Richardson
                                               Jeffery Richardson
                                               *Counsel for Appellee*

## CERTIFICATE OF SERVICE

I certify that the foregoing document was served on the following counsel for the other parties to this appeal via the Court's CM/ECF system:

D. Richard Anderson
Michael B. Marion
BIRCH STEWART KOLASCH & BIRCH LLP
8110 Gatehouse Road, Suite 100 E
Falls Church, VA 22040-0747
dra@bskb.com
mbm@bskb.com

*Attorneys for Oticon, Inc.*

Jonathan S. Franklin
FULBRIGHT & JAWORSKI LLP
801 Pennsylvania Avenue, N.W.
Washington, DC 20004
Jonathan.franklin@nortonrosefulbright.com

J. Jeffrey Richardson
FULBRIGHT & JAWORSKI LLP
2200 Ross Avenue, Suite 2800
Dallas, TX 75201
jrichardson@fulbright.com

*Attorneys for SeboTek Hearing Systems, LLC*

Dated:  March 14, 2014        /s/Evelyn Maestre

71058-0023/LEGAL120182965.3